IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| IFEOMA ADA CHINWEOKE OJUKWU,<br><br>Petitioner-Appellant,<br><br><br>v.<br><br>TODD M. LYONS, Ice Detroit Field Office Director For The Michigan And Ohio, U.S. Immigration And Customs Enforcement And Enforcement Of Removal Operations (ERO); DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; TODD W. BLANCHE, U.S. Attorney General; SIRCE E. OWEN, Director for Executive Office for Immigration Review,<br>Respondents-Appellees | ) | CASE NO.: 26-3891<br><br><br><br><br><br><br><br><br>APPELLEES' NOTIFICATION REGARDING REMOVAL OF APPELLANT |

Appellant, Ifeoma Ada Chinweoke Ojukwu, is not being removed today. At this time, the Department of Homeland Security does not have a scheduled date of removal for Appellant.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: s/Patricia M. Fitzgerald

Patricia M. Fitzgerald
Assistant United States Attorney
United States Court House
801 West Superior Avenue,
Suite 400
Cleveland, OH 44113
(216) 622-3779
(216) 522-4982 (facsimile)
Patricia.Fitzgerald2@usdoj.gov
Attorney for Respondents-Appellees